MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for BRITTANY MAUNAKEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 17-60 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE STATUS CONFERENCE |
| ) | |
| PAMELA EMANUEL, ) | Requested date: 9-21-2017 |
| GREGORY LEE, ) | Time: 10:00 a.m. |
| SERGIO REYNA, ) | Judge: Hon. Morrison C. England, Jr. |
| RUSSELL WHITE III and ) | |
| BRITTANY MAUNAKEA, ) | |
| Defendants. ) | |
| ==============================) | |

It is hereby stipulated between the parties, Jared Dolan and Amy Hitchcock, Assistant United States Attorneys, Assistant Federal Defender Mia Crager, attorney for defendant PAMELA EMANUEL, Linda Fullerton, attorney for defendant GREGORY LEE, Steve Plesser, attorney for defendant SERGIO REYNA, Candice Fields, attorney for defendant RUSSELL WHITE III, and Michael D. Long, attorney for defendant BRITTANY MAUNAKEA, that the status conference set for July 27, 2017, at 10:00 a.m. should be vacated and re-set for September 21, 2017, at 10:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided over 18,000 pages of discovery and 16 other CDs and DVDs of information.  All attorneys continue

-1-

to read and view the voluminous discovery and meet with their respective clients. Attorneys Plesser and Fields have not had as much time to review discovery because they have only been part of the case for a short time, as Mr. Plesser was appointed to the case in June, 2017 and Ms. Fields was appointed in July, 2017. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on September 21, 2017.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through July 27, 2017.

All parties request the date of September 21, 2017, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 27, 2017 to September 21, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

Dated: July 24, 2017                          Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Brittany Maunakea


/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Pamela Emanuel

/s/ *Linda Fullerton*
LINDA FULLERTON
Attorney for Gregory Lee

/s/ *Steve Plesser*
STEVE PLESSER
Attorney for Sergio Reyna

/s/ *Candice Fields*
CANDICE FIELDS
Attorney for Russell White, III

Dated: July 24, 2017

PHIL TALBERT
United States Attorney

/s/ *Amy Hitchcock*
AMY HITCHCOCK
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: July 26, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE