1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:  (916) 447-8600
4  Facsimile:  (916) 930-6482
5  Email:     davefischer@yahoo.com

6  Attorney for Defendant
7  RUSSELL WHITE, III

8

9
                   UNITED STATES OF DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,

14         Plaintiff,                      Case No.:  2:17-CR-0060 MCE

15                                         **STIPULATION AND ORDER
                                           [~~PROPOSED~~] RE TEMPORARY**
16  RUSSELL WHITE, III,                    **RELEASE FAMILY VISITATION**

17         Defendant.

18

19       It is hereby stipulated and agreed between plaintiff, United States of America, and

20  defendant, Russell White, III, through their attorneys, that Mr. White may be temporarily

21  released from custody as set forth below to visit his grandmother, Selma Barnes, at Kaiser

22  Hospital in Oakland, in the third-party custody of his aunt, Vicky Johnson.

23       Mr. White's grandmother was admitted to Kaiser Oakland on January 13, has been

24  diagnosed with congestive heart-failure, and is not expected to be discharged. Family

25  members are preparing for her death. Defense counsel has spoken to Mr. White's cousin,

26  David Johnson, who is willing to transport Mr. White from the Nevada County Jail to the

27  hospital to see his grandmother and then to return him to the jail at any time the Court may

28  approve. The current plan is to escort Mr. White this Friday, January 25th, between the

    hours of 8:00 a.m. and 5:00 p.m.

                                      - 1 -

The parties agree that the Court may order Mr. White temporarily released at 8:00 a.m. on Friday, January 25th, with instructions that he return to the jail by 5:00 p.m. the same day. The Court shall direct the Marshal to coordinate Mr. White's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. White has signed a Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel submitted to the Courtroom Deputy for filing on January 23, 2019.

Respectfully submitted,

Date:  January 23, 2019                    /S/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           RUSSELL WHITE, III

Date:  January 23, 2019                    McGREGOR SCOTT
                                           Unites States Attorney


                                           /s/ David D. Fischer for Grant Rabenn
                                           GRANT RABEN
                                           Assistant United States Attorney

**O R D E R**

Russell White, III, is ordered temporarily released from custody at 8:00 a.m. on Friday, January 25, 2019, to Vicky Johnson and is further ordered to surrender himself to the Nevada County Jail by 5:00 p.m. that day. The U.S. Marshal is directed to make necessary arrangements with Nevada County for Mr. White's release and surrender. Mr. White is ordered to sign the attached notice to defendant being released. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: January 24, 2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:17-cr-0060 MCE |
| | ) | |
| v. | ) | NOTICE TO DEFENDANT |
| | ) | BEING RELEASED |
| | ) | |
| RUSSELL WHITE, III, | ) | |
| | ) | |
| Defendant. | ) | |

A.  You are advised that you are being temporarily released pursuant to the "Bail Reform Act of 1984".

B.  Conditions of Release
    You are further advised that your release is subject to the following conditions:

    1.  That you shall surrender to the ~~Sacramento~~ *Nevada* County Jail by 5:00 p.m. on Thursday, January 24, 2019.
    2.  That you shall not commit any offense in violation of federal, state or local law while on release in this case.
    3.  That you travel solely between Nevada County and Oakland, California, for purposes of visiting your grandmother in the hospital.
    4.  That you remain in the company throughout of your cousin, David Johnson.

C.  Advice of Penalties and Sanctions
You are further advised that:

1.  It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for –

    a.  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
    b.  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
    c.  any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
    d.  a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned

Original - Filed with Court

not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, failure to appear may result in the forfeiture of any bail.

2.      Conviction of an Offense Committed While on Release
     Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:
     a. Not more than 10 years if the offense is a felony.
     b. Not more than one year if the offense is a misdemeanor.
3.      Violation of Conditions of Release
     Violation of any condition of your release may also result in arrest by a law enforcement officer the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and / or a fine.
4.      Obstruction of Justice Crimes
     It is an additional crime to:
     a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
     b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C.§1510) Penalty: 5 years and / or $250,000.00.
     c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and / or $250,000.00.
     d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and / or $100,000.00
     e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and / or $250,000.00.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender as ordered. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____ 1-23-19    Nevada City    CA _____
DEFENDANT'S SIGNATURE            CITY      STATE        ZIP

Original - Filed with Court