DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

Attorney for Defendant
RUSSELL WHITE, III

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RUSSELL WHITE, III,<br><br>Defendant. | Case No.: 2:17-CR-0060 MCE<br><br>**STIPULATION AND ORDER RE TEMPORARY RELEASE FAMILY VISITATION** |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Russell White, III, through their attorneys, that Mr. White may be temporarily released from custody as set forth below to attend his grandmother's viewing/wake on February 5, 2019, in the third-party custody of his wife, Shauna White. Shauna White and Russell White are separated, but they have children together. Shauna White lives in Las Vegas, but will be staying with Russell White's aunt, Vicky Johnson, in Stockton, California. Vicky Johnson transported Russell White previously to visit his grandmother in the hospital just before her death, without any issues, but Ms. Johnson is unwilling to do so this time because she does not want to take any chances missing her mother's viewing/wake on February 5, 2019.

| | |
|---|---|
| 1 | The parties agree that the Court may order Mr. White temporarily released at 12:00 |
| 2 | p.m. on Tuesday, February 5, 2019, with instructions that he return to the jail by 10:00 p.m. |
| 3 | the same day. The Court shall direct the Marshal to coordinate Mr. White's release and |
| 4 | surrender with the jail as they see fit, within the time frame permitted above. Mr. White |
| 5 | has signed a Notice to Defendant Being Released (modified to fit the conditions of this |
| 6 | temporary release) which defense counsel submitted to the Courtroom Deputy for filing on |
| 7 | February 4, 2019. |

Respectfully submitted,

Date: February 1, 2019  /S/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
RUSSELL WHITE, III

Date: February 1, 2019  McGREGOR SCOTT
Unites States Attorney

/s/ David D. Fischer for Grant Rabenn
GRANT RABEN
Assistant United States Attorney

**ORDER**

Russell White, III, is ordered temporarily released from custody at 12:00 p.m. on Tuesday, February 5, 2019, to Shauna White and is further ordered to surrender himself to the Nevada County Jail by 10:00 p.m. that day. The U.S. Marshal is directed to make necessary arrangements with Nevada County for Mr. White's release and surrender. Mr. White is ordered to sign the attached notice to defendant being released. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: February 1, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE