| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 1, 2019<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RUSSELL WHITE, III

    Defendant.

Case No. 2:17-cr-00060-MCE-04

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RUSSELL WHITE, III Case No. 2:17-cr-00060-MCE-04 Charge 18 USC § 1349 from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    ____ Unsecured Appearance Bond $ _____

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other): Defendant to be temporarily released on 2/5/2019 at 12:00 PM and is to surrender himself to Nevada County Jail by 10:00 PM that same day.

Issued at Sacramento, California on February 1, 2019 at 4:00 PM.

    By: _/s/ Kendall J. Newman_____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE