UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 17, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL WHITE III,<br><br>Defendant. | Case No. 2:17-cr-00060-MCE<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUSSELL WHITE III , Case No.  2:17-cr-00060-MCE  Charge 18 USC § 1349 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

(Other): Defendant to be temporarily released on 9/18/2019 by 8:00 AM and is to surrender himself to Sacramento County Mail Jail by 10:00 PM that same day.

Issued at Sacramento, California on September 17, 2019 at 10:42.

By: _____

Magistrate Judge Carolyn K. Delaney