DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

Attorney for Defendant
RUSSELL WHITE, III



# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>RUSSELL WHITE, III,<br><br>Defendant. | Case No.: 2:17-CR-0060 MCE<br><br>**UNOPPOSED MOTION FOR TEMPORARY RELEASE AND [PROPOSED] ORDER** |

Jasmine Nash is the mother of one of Mr. White's children, someone who he has a good parenting relationship with. On or about September 13, 2019, Ms. Nash was found unresponsive in her bed by their daughter. Ms. Nash was taken to the Eden Medical Center in Castro Valley, California (Alameda County), and it was discovered that she suffered a stroke. She was temporarily placed on life support, but was taken off life support today, September 16, 2019. Her passing is imminent. Mr. White is requesting to be released from custody so that he can help make living arrangements and be available for emotional support for his daughter, who just turned 18 years old.

Mr. White is in custody at the Sacramento Main Jail. The request is that he be temporarily released on September 18, 2019, sometime between 7 a.m. and 8 a.m., to the custody of his wife, Keshauna White (from whom he is separated but maintains a good relationship) and return to the Sacramento County Main Jail no later than 10 p.m., so that he will be available for his sentencing hearing scheduled for September 19, 2019. He would travel between Sacramento County and Alameda County (where Eden Medical Center is located) and/or Oakley, California where Ms. Nash's residence is located for the purpose of the family visits.

It should be noted that Mr. White was previously released in late January 2019, and to visit his grandmother when she was ill. He was also released to the custody of KeShauna White in early February 2019, to attend his grandmother's funeral service, and there were no issues related to either release.

The government does not object to the defendant's request that he be temporarily released from custody as set forth below to attend a family visit concerning Jasmine Nash on September 18, 2019, in the third-party custody of his wife, KeShauna White. KeShauna White lives in Las Vegas, but will be staying in Oakley, California during the week of September 17, 2019.

The defense requests the Court to order that Mr. White be temporarily released sometime between 7 a.m. and 8 a.m. on Wednesday, September 18, 2019, with instructions that he return to the jail by 10:00 p.m. the same day. The Court shall direct the US Marshal Service to coordinate Mr. White's release and surrender with the jail as they see fit, within the time frame permitted above. Mr. White will sign the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before September 18, 2019.

Respectfully submitted,

Date: September 16, 2019     /S/ David D. Fischer
                             DAVID D. FISCHER
                             Attorney for Defendant
                             RUSSELL WHITE, III

- 2 -

**ORDER**

Russell White, III, is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on Wednesday, September 18, 2019, to KeShauna White, and Russell White, III, further ordered to surrender himself to the Sacramento County Main Jail by 10:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. White's release and surrender. Mr. White is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: September 17, 2019

HON. CAROLYN K. DELANEY
United States Magistrate Judge