MCGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUSSELL WHITE, III,<br><br>                    Defendant. | CASE NO. 2:17-CR-00060<br><br>STIPULATION AND ORDER REGARDING RESTITUTION<br><br>DATE: December 11, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

The United States of America, by and through its counsel of record, and defendant Russell White, III, by and through his counsel David D. Fischer, hereby respectfully stipulate and request that the Court vacate the December 11, 2019 restitution hearing and order that the defendant pay restitution in the amount of $212,071.00, for the following reasons:

1.   On June 20, 2019, defendant pleaded guilty to Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349. ECF 192, 195.

2.   Pursuant to the Plea Agreement, and pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii), the defendant agreed to pay the full amount of restitution to victims affected by his offense, including full restitution to the California Employment Development Department (EDD) of approximately $212,071.00. ECF 195.

3.   On September 19, 2019, defendant appeared before this Court for judgment and sentencing. ECF 208. At this hearing, the Court indicated that it intended to order restitution, pursuant

to 18 U.S.C. §§ 3663A and as agreed in the Plea Agreement, but deferred determination of the amount of restitution to allow the government additional time to gather information regarding identified victims that may have suffered losses.

4. The parties have met and conferred regarding the amount of restitution in this case. Pursuant to those discussions, the parties stipulate and agree that:

    a) EDD is a victim in this case, meaning it is an entity directly and proximately harmed as a result of the commission of the offense. 18 U.S.C. § 3663A.

    b) Defendant Russell White, III, shall be liable for restitution in the amount of $212,071.00 to EDD, a loss amount supported by a preponderance of evidence. This restitution shall be joint and several with any other co-defendants convicted in the above-captioned case.

5. Defendant agrees to make payment as follows:

    a) Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

    b) Payment of restitution during defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

    c) Pursuant to 18 U.S.C. §§ 3664(k) and 3572(d)(3), the defendant will notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

6. The parties agree that the defendant does not have the ability to pay interest, and that the Court should waive interest on the restitution as a result.

IT IS SO STIPULATED.

//
//
//

| | | |
|---|---|---|
| Dated: November 5, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /s/ AMY SCHULLER HITCHCOCK<br>AMY SCHULLER HITCHCOCK<br>Assistant United States Attorney |
| Dated: November 5, 2019 | | /s/ DAVID D. FISCHER<br>DAVID D. FISCHER<br>Counsel for Defendant<br>RUSSELL WHITE, III |

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Russell White, III, liable for restitution in the amount of $212,071.00. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. §§ 3663A, the Court finds good cause to so order. Accordingly, the Court orders as follows:

1. The defendant shall pay restitution in the amount of $212,071.00 to the California Employment Development Department. This restitution shall be joint and several with any other co-defendants convicted in this case.

2. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.

3. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

4. The interest requirement is waived, as the defendant does not have the ability to pay interest.

5. Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

6. The hearing set for December 11, 2019, in this case is hereby vacated.

IT IS SO ORDERED.

DATED: November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE