McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00060-MCE |
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |
| v. | |
| RUSSELL WHITE, III, | |
| Defendant. | |

**STIPULATION**

1. Defendant Russell White, III filed a motion for reduction in sentence and compassionate release on August 13, 2020. ECF No. 274. The government's response is currently due by August 21, 2020, and any reply due August 28, 2020. ECF No. 275. Government counsel requests additional time to obtain records and draft the response.

2. Counsel for the defendant does not oppose this request.

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, ECF No. 274, be due on August 31, 2020; and

    b) The defense reply, if any, will be due on September 8, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 18, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Amy Schuller Hitchcock<br>AMY SCHULLER HITCHCOCK<br>Assistant United States Attorney |
| Dated: August 18, 2020 | /s/ David Fischer<br>DAVID FISCHER<br>Counsel for Defendant<br>RUSSELL WHITE, III |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 274, is due on August 31, 2020;

    b)    The defense reply, if any, will be due on September 8, 2020.

IT IS SO ORDERED.

Dated:  August 20, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE