UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00060-MCE |
| Plaintiff, | |
| v. | **ORDER** |
| RUSSELL WHITE, III, | |
| Defendant. | |

Defendant Russell White, III, ("Defendant") pled guilty to Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. § 1349 and was sentenced on September 19, 2019, to fifty-one (51) months of imprisonment. Presently before the Court is Defendant's Motion to Vacate and/or Reduce Sentence. ECF No. 274. The Government opposes Defendant's request. ECF No. 279. Because Defendant provides no basis on which the Court could grant an order of relief, including any proof that he exhausted his administrative remedies, that request is DENIED.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE