UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Dale A. Drozd**  **RE:  Russell White, III**
**United States District Judge**   **Docket Number:  0972/2:17CR00060-004**
**Sacramento, California**    <u>**Request For Hearing**</u>

Your Honor:

On September 14, 2023, a Form 12C Petition for Warrant was approved by Your Honor, wherein Russell White, III was alleged to have violated his supervised release for failure to notify of change in residence and a new law violation. A warrant was issued.

On October 11, 2023, Mr. White appeared in the Northern District of California, for the above-noted warrant. On that date, Mr. White was ordered released from custody. The Court instructed him to report to the Probation Officer and arrange for his appearance in this district.

I respectfully request the matter be set for Initial Appearance before the **Duty Magistrate Judge on October 17, 2023, at 2:00 p.m.,** for the matter to proceed before this Court. The Assistant U.S. Attorney and Defense Counsel will be notified of the hearing date and time.

  **Respectfully submitted,**          **Reviewed by,**

  *(signature)*               *(signature)*

  **Kristin Smokes**             **Ronnie Preap**
  United States Probation Officer      Supervising United States Probation Officer

**Dated:** October 12, 2023
    Modesto, California
    KS/lr

1

REV. 01/2021
CAE___MEMO___COURT

RE: **Russell White, III**
Docket Number:   **0972/2:17CR00060-004**
**REQUEST FOR HEARING**

---

## ORDER OF THE COURT

☒ Approved    ☐ Disapproved

October 12, 2023                                  *Dale A. Drozd*
Date                                              Honorable Dale A. Drozd
                                                  United States District Judge

cc:   Audrey Hemesath
      Assistant United States Attorney

      David Fischer
      Defense Counsel

2

REV. 09/2020
CAE___MEMO__COURT (W ORDER)