UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 17, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RUSSELL WHITE, III,

        Defendant.

Case No.  2:17-cr-00060-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUSSELL WHITE, III, Case No. 2:17-cr-00060-DAD, Charge 18 U.S.C. 3606, from custody for the following reasons:

   **X**   Release on previously imposed supervised release conditions.

_____ Bail Posted in the Sum of $ _____

       _____ Unsecured Appearance Bond $ _____

       _____ Appearance Bond with 10% Deposit

       _____ Appearance Bond with Surety

       _____ Corporate Surety Bail Bond

       _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 17, 2023 at 2:46 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson